UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAMAL WAKU BORE,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.:  3:26-cv-2043-CAB-AHG

**ORDER:**
**(1) DISMISSING PETITION; and**

**(2) DENYING MOTION TO APPOINT COUNSEL [Doc. No. 2].**

Petitioner Jamal Waku Bore, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he is unlawfully detained by Immigration and Customs Enforcement ("ICE") at the Imperial Regional Detention Facility. [*Id*. at 2.]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted. *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

incredible, or patently frivolous or false.")  Petitioner does not provide any information about when or how he entered the United States or what has occurred to date in his immigration proceedings.  It also appears that Petitioner has already received a bond hearing because he states he is challenging the decision on "bond/parole" on July 16, 2025. [Petition at 2.]

The Clerk of the Court shall close the case.  If Petitioner wishes to re-open the case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition. Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

Given the Court's dismissal of the Petition for lack of information, the Court also **DENIES** Petitioner's motion to appoint counsel.  [Doc. No. 2.]

It is **SO ORDERED**.

Dated:  April 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2